No. 46, Misc.   SPRIGGS *v.* UNITED STATES;

No. 56, Misc.   IN RE HOWARD;

No. 66, Misc.   FARNUM *v.* McNEILL, SUPERINTENDENT, MATTEAWAN STATE HOSPITAL;

No. 88, Misc.   GREENE *v.* HERITAGE, WARDEN;

No. 106, Misc.   WESSELMAN *v.* WISCONSIN;

No. 137, Misc.   EX PARTE LIPSCOMB;

No. 138, Misc.   SCASSERRA *v.* CAVELL, WARDEN;

No. 142, Misc.   RIOLA *v.* NEW JERSEY ET AL.;

No. 156, Misc.   DONNELL *v.* BIBB, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL.;

No. 166, Misc.   LOPEZ *v.* UNITED STATES;

No. 178, Misc.   BLACKBURN *v.* CLEMMER;

No. 181, Misc.   SCASSERRA *v.* COURT OF QUARTER SESSIONS OF ALLEGHENY COUNTY, PENNSYLVANIA; and

No. 187, Misc.   SCASSERRA *v.* COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 118, Misc.   CHAPMAN *v.* UNITED STATES; and

No. 132, Misc.   IN RE NELSON.   Applications denied.

No. 3, Misc.   REEVES *v.* RAGEN, WARDEN.   Motion for leave to file petition for writ of certiorari denied.   Petitioner *pro se. Latham Castle,* Attorney General of Illinois, for respondent.

No. 71, Misc.   SMITH *v.* RAGEN, WARDEN;

No. 121, Misc.   HAINES *v.* RAGEN, WARDEN;

No. 163, Misc.   SCASSERRA *v.* QUARTER SESSIONS COURT OF BUTLER COUNTY, PENNSYLVANIA;

No. 164, Misc.   SCASSERRA *v.* CAVELL, WARDEN, ET AL.;

No. 182, Misc.   SCASSERRA *v.* COURT OF QUARTER SESSIONS OF ALLEGHENY COUNTY, PENNSYLVANIA; and

No. 183, Misc.   SCASSERRA *v.* COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA. Motions for leave to file petitions for writs of certiorari denied.